**SACV 17-01019 JVS(DFMx):**
**C.C. Calzone, LLC v. USAC Airways 691 LLC**

**Jury Trial**                               **September 11, 2018 at 8:30 a.m.**

**Final PreTrial Conference**        **August 27, 2018 at 11:00 a.m.**
    File PreTrial Documents not later than August 20, 2018
    File motions in limine not later than July 30, 2018

**Discovery Cut-off**                  **May 28, 2018**

**Expert Discovery Cut-off**        **May 28, 2018**
    Initial disclosure of Experts not later than March 19, 2018
    Rebuttal disclosure of Experts not later than April 16, 2018

**Law and Motion Cut-off**         **July 23, 2018 at 1:30 p.m.**
    Motions to be filed and served not later than June 25, 2018